```
 1  DILLINGHAM & MURPHY, LLP
    CARLA J. HARTLEY (State Bar No. 117213)
 2  HSIAO C. (MARK) MAO (State Bar No. 236165)
    225 Bush Street, Sixth Floor
 3  San Francisco, California 94104-4207
    Telephone:  (415) 397-2700
 4  Facsimile:  (415) 397-3300

 5  Attorneys for Defendant
    E & E CO., LTD., aka JLA HOME
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MARISA PEREIRA,                    Case No. C09-00710-MHP

12          Plaintiff,                 STIPULATION RE ADMINISTRATIVE
                                       MOTION TO FILE SUPPLEMENTAL
13  vs.                                CERTIFICATION OF INTERESTED
                                       ENTITIES OR PERSONS UNDER SEAL
14  E & E CO., LTD, a California corporation,
    doing business as JLA HOME; SCOTT
15  WHITE, an individual; and DOES 1 through
    50, inclusive,
16
            Defendants.
17

18

19      IT IS HEREBY STIPULATED that the parties agree as follows:

20      Plaintiff MARISA PEREIRA ("Plaintiff") will not be opposing the Administrative

21  Motion to File Supplemental Certification of Interested Entities or Persons Under Seal, filed by

22  Defendant E & E CO., LTD, also known as "JLA HOMES."

23                                     STIPULATED AND AGREED TO:

24  Dated: February 23, 2009           DILLINGHAM & MURPHY, LLP
                                       CARLA J. HARTLEY
25                                     HSIAO C. (MARK) MAO

26
                                       _____
27                                     Attorneys for Defendant
                                       E & E CO., LTD., aka JLA HOME
28
```

Page 1 - Case No. C09-00710-MHP
STIPULATION RE ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS UNDER SEAL

| | |
|---|---|
| 1  Dated: February 23, 2009 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL |
| 2 | GERALD A. EMANUEL, ESQ. |
| 3 | *[signature]* |
| 4 | Attorneys for Plaintiff |
| 5 | MARISA PEREIRA |

**IT IS SO ORDERED**

*[signature]*

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Page 2 - Case No. C09-00710-MHP
STIPULATION RE ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER SEAL